IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DEBORAH B.,

          Plaintiff,

    v.

FRANK BISIGNANO,[1] Commissioner
of Social Security,

          Defendant.

1:25-CV-032-DAB-JEP

## **<u>ORDER</u>**

This matter is before the Court for review of the Opinion and Recommendation filed on February 26, 2026. *Memorandum Opinion and Recommendation of United States Magistrate Judge*, D.E. 12 (Feb. 26, 2026).

Because there are no objections, the Court "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. Proc. 72 advisory committee's note). This Court has reviewed the Recommendation and concludes it contains no clear error.

Accordingly, it is ORDERED that the Commissioner's decision finding no disability be AFFIRMED. It is further ORDERED that Plaintiff's Dispositive Brief, D.E. 8, be DENIED. It is further ORDERED that Defendant's Dispositive Brief, D.E. 10, be GRANTED, and that this action be DISMISSED WITH PREJUDICE.

---

[1] Frank Bisignano was confirmed as the Commissioner of Social Security on May 6, 2025, and took the oath of office on May 7, 2025. Under Federal Rule of Civil Procedure 25(d), Frank Bisignano is substituted as the Defendant in this suit.

A Judgment will be entered contemporaneously with this Order.

This the 25th day of March, 2026.

/s/ David A. Bragdon
United States District Judge